**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SANDRA MANNON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:12CV00065-JJV |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 21st day of August, 2013.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

1